## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY HARLEY, | : | |
|    **Plaintiff,** | : | |
| | : | |
|    v. | : | **CIVIL ACTION NO. 24-CV-2729** |
| | : | |
| MAYOR OF PHILADELPHIA, | : | |
| CHERELLE PARKER, *et al.*, | : | |
|    **Defendants.** | : | |

## ORDER

AND NOW, this       1ST day of July, 2024, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1.    Harley is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DISMISSED** in its entirety for the reasons in the Court's Memorandum as follows:

    a.  Harley's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

    b.  Claims that Harley brought on behalf of others are **DISMISSED WITHOUT PREJUDICE**.

3.    The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/Wendy Beetlestone, J>**

_____

**WENDY BEETLESTONE, J.**